ORDER: Motion granted. The Prelim. and Detention hearing is continued to April 15, 2014, at 1:30 p.m.

*/s/ E. Clifton Knowles*
U.S. Magistrate Judge

# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| v. ) | No. 3:13-00233-1 |
| ) | JUDGES TRAUGER/KNOWLES |
| ) | |
| FARAJI TUCKER ) | |

## MOTION TO CONTINUE BOND HEARING/PRELIMINARY HEARING

Through counsel, defendant Faraji Tucker moves to continue the bond hearing and preliminary hearing currently set today. In support of this motion, defense counsel would show the following: a defense witness will be out of state until next week. Therefore, Mr. Tucker requests that this hearing be postponed until Tuesday, April 15, 2014.

Respectfully submitted,

    /s/ *Caryll S. Alpert*
CARYLL S. ALPERT (BPR#017021)
Assistant Federal Public Defender
810 Broadway, Suite 200
Nashville, TN  37203
615-736-5047
E-mail: Caryll_Alpert@fd.org

Attorney for Faraji Jahi Tucker

## CERTIFICATE OF SERVICE

I hereby certify that on April 9, 2014, I electronically filed the foregoing Motion To Continue with the clerk of the court by using the CM/ECF system, which will send a Notice of Electronic Filing to the following: William Francis Abely, II, Assistant United States Attorney, 110 Ninth Avenue South, Suite A961, Nashville, TN 37203.

    /s/ *Caryll S. Alpert*
CARYLL S. ALPERT