## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | Criminal No. 3:13-00233 |
| | ) | Judge Trauger |
| FARAJI JAHI TUCKER | ) | |
| | ) | |

### O R D E R

It is hereby **ORDERED** that a hearing will be held on Wednesday, April 23, 2014, at 2:00 p.m. on the Petition to Revoke Supervision (Docket No. 5).

It is so **ORDERED**.

ENTER this 18th day of April 2014.

_____
ALETA A. TRAUGER
U.S. District Judge