**IN THE UNITED STATES DISTRICT COURT FOR THE**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | Criminal No. 3:13-00233 |
| | ) | Judge Trauger |
| FARAJI JAHI TUCKER | ) | |
| | ) | |

## O R D E R

By agreement expressed in open court, it is hereby **ORDERED** that the hearing on the

Petition to Revoke Supervision (Docket No. 5) is **RESET** for May 15, 2014 at 2:00 p.m.

It is so **ORDERED**.

ENTER this 23rd day of April 2014.

_____
ALETA A. TRAUGER
U.S. District Judge